Michael J. Morrison, Esq.
Nevada State Bar No. 1665
1495 Ridgeview Drive, Suite 220
Reno, NV 89519
Tel. 775-827-6300
venturelawusa@gmail.com

*Attorney for Plaintiff*
*Elizabeth Baker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ELIZABETH BAKER, | Case No. 2:17-cv-00967-RFP-VCF |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO PERMIT HER COUNSEL TO APPEAR TELEPHONICALLY AT MOTION HEARING** |
| APTTUS CORPORATION, a Delaware Corporation | |
| Defendant. | |

As counsel for Plaintiff Elizabeth Baker and on her behalf, Michael J. Morrison requests that he be permitted to appear telephonically at the hearing scheduled for September 22, 2017, at 10:30 a.m. Counsel for Baker is currently traveling out of state and will be unavailable to appear personally on the date and time currently scheduled for the Motion hearing, but will be available to appear telephonically on Plaintiff's behalf. Therefore, counsel for Plaintiff requests that this Court permit him to do so.

DATED this 21st day of September, 2017.

       */s/ Michael J. Morrison*
       Michael J. Morrison, Esq.
       Nevada State Bar No. 1665
       1495 Ridgeview Drive, Suite 220
       Reno, NV 89519
       Tel. 775-827-6300
       venturelawusa@gmail.com

       *Attorney for Plaintiff*
       *Elizabeth Baker*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I personally caused to be served a true copy of the foregoing **PLAINTIFF'S MOTION TO PERMIT HER COUNSEL TO APPEAR TELEPHONICALLY AT MOTION HEARING** by the method indicated and addressed to the following:

| | |
|---|---|
| JACKSON LEWIS P.C.<br>Lisa A. McClane, Esq.<br>Andrew D. Moore, Esq.<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | ____ Via U.S. Mail<br>____ Via Overnight Mail<br>____ Via Hand Delivery<br>____ Via Facsimile/E-mail<br>_X_ Via CM/ECF |

DATED this 21st day of September, 2017.

/s/ Michael Morrision
Michael Morrison

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-21-2017

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.